UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BAYER HEALTHCARE PHARMACEUTICALS INC., <br><br> Plaintiff, <br><br> v. <br><br> RJ HEALTH SYSTEMS INTERNATIONAL LLC, <br><br> Defendant. | Civ. No. 15-6952 (KM) (MAH) <br><br> **ORDER** |

The plaintiff, Bayer Healthcare Pharmaceuticals Inc. ("Bayer"), having filed an Amended Complaint (ECF no. 47); and the defendant, RJ Health Systems International LLC ("RJ Health"), having filed a motion (ECF no. 54) to dismiss the Amended Complaint for failure to state a claim, pursuant to Fed. R. Civ. P. 12(b)(6); and Bayer having filed papers in opposition (ECF no.61); and RJ Health having filed a reply (ECF no. 64); and the Court having considered the submissions and ruled without oral argument, pursuant to Fed. R. Civ. P. 78; for the reasons stated in the accompanying Opinion, and good cause appearing therefor;

IT IS this 20th day of January, 2017

ORDERED that the motion (ECF no. 54) to dismiss the Amended Complaint is DENIED.

_____
HON. KEVIN MCNULTY, U.S.D.J.